Donna M. Chamberlin, WSBA #31227
Mason D. Fletcher, WSBA #60814
1420 Fifth Avenue, Suite 2050
Seattle, Washington 98101
(206) 436-2020
Donna.Chamberlin@lewisbrisbois.com
Mason.Fletcher@lewisbrisbois.com
Attorneys for Defendants AWA and O'Donnell

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERVICE DRIVEN TRANSPORT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AVANGARD LOGISTICS CO., a California corporation, ALEXANDER, WINTON & ASSOCIATES, INC., a Mississippi corporation, and LIAM O'DONNELL, in his sole and separate right,<br><br>Defendants. | Case No. 2:25-cv-00416-SAB<br><br>STIPULATED MOTION FOR THE ENTRY OF PROTECTIVE ORDER<br><br>4/2/2026<br>Without Oral Argument |

Plaintiff Service Driven Transport, Inc. ("Plaintiff"), and Defendants Alexander Winton & Associates, Inc., ("AWA")  and Liam O'Donnell (collectively referred to herein as "Defendants"), by and through their attorneys of record, move the Court to enter the attached Stipulated Protective Order. ("Order").

The Parties are engaging in discovery which requires production of confidential, proprietary, and/or trade secret information and documentation. The

STIPULATED MOTION FOR THE ENTRY OF PROTECTIVE
ORDER - 1

USDC Western District of WA Cause No. 2:25-cv-00416-SAB
172314516.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1420 Fifth Avenue, Suite 2050
Seattle, Washington 98101
206.436.2020

Parties wish to protect the confidentiality of these documents pursuant to the attached Order.

Accordingly, the Parties respectfully request that this Court enter the Order filed herewith such that documents produced pursuant to the Order are bound by its terms.

DATED March 3, 2026.   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Donna M. Chamberlin*
Donna M. Chamberlin, WSBA #31227
Donna.Chamberlin@lewisbrisbois.com


By: *s/Mason D. Fletcher*
Mason D. Fletcher, WSBA #60814
Mason.Fletcher@lewisbrisbois.com

1420 Fifth Avenue, Suite 2050
Seattle, Washington 98101
(206) 436-2020

Attorneys for Defendants Alexander Winton & Associates and Liam O'Donnell

DATED March 3, 2026.   OVERCAST LAW OFFICES

By: /s/ David Visser
David Visser, WSBA #41546
david@overcastlaw.com


By: /s/ David A. Kazemba
David A. Kazemba, WSBA #48049
dkazemba@overcastlaw.com

23 S. Wenatchee Ave., Suite 320
Wenatchee WA 98801
(509) 663-5588

Attorneys for Plaintiff

STIPULATED MOTION FOR THE ENTRY OF PROTECTIVE
ORDER - 2

USDC Western District of WA Cause No. 2:25-cv-00416-SAB
172314516.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1420 Fifth Avenue, Suite 2050
Seattle, Washington 98101
206.436.2020