FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERVICE DRIVEN TRANSPORT, INC., a Washington corporation, Plaintiff, v. AVANGARD LOGISTICS CO., a California corporation, ALEXANDER WINTON & ASSOCIATES, INC., a Mississippi corporation, and LIAM O'DONNELL, in his sole and separate right, Defendants. | No. 2:25-CV-00416-SAB **ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for the Entry of Protective Order, ECF No. 10. Plaintiff is represented by Benjamin M. Jordan, David A. Kazemba, and David Visser. Defendants are represented by Mason D. Fletcher and Donna M. Chamberlin. The motion was considered without oral argument

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 1**

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1.      The parties' Stipulated Motion for the Entry of Protective Order, ECF No. 10, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 4th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 2**