FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERVICE DRIVEN TRANSPORT, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> AVANGARD LOGISTICS CO., a California corporation, ALEXANDER WINTON & ASSOCIATES, INC., a Mississippi corporation, and LIAM O'DONNELL, in his sole and separate right, <br><br> Defendants. | No. 2:25-CV-00416-SAB <br><br> **ORDER DENYING SECOND MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Second Stipulated Motion for the Entry of Protective Order, ECF No. 13. Plaintiff is represented by Benjamin M. Jordan, David A. Kazemba, and David Visser. Defendants are represented by Mason D. Fletcher and Donna M. Chamberlin. The motion was considered without oral argument.

The Court denied the parties' first Stipulated Motion for the Entry of Protective order on March 4, 2026. The parties now request the Court to sign a revised Protective Order that was drafted and agreed to by the parties. Although

**ORDER DENYING SECOND MOTION FOR PROTECTIVE ORDER \* 1**

more specific than the previous proposed Protective Order, it is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain motions to seal or redact such materials.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Second Stipulated Motion for the Entry of Protective Order, ECF No. 13, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 9th day of June 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER DENYING SECOND MOTION FOR PROTECTIVE ORDER * 2**